PER CURIAM.

(No. 74-CC-146—Claimant ▮▮▮▮)

J. C. PENNEY CO., INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed January 8, 1974.*

J. C. PENNEY CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-156—Claimant ▮▮▮▮)

PARKVIEW ORTHOPAEDIC GROUP, S.C., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 8, 1974.*

PARKVIEW ORTHOPAEDIC GROUP, S.C., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.